1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2724

**FILED**

FEB 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   CR. NO. 2:12 - CR - 0 0 6 3 WBS
                                )
12            Plaintiff,        )   ORDER TO SEAL
        v.                      )   (UNDER SEAL)
13                              )
   PAVEL UDALOV,                )
14                              )
            Defendant.          )
15 _____)

16      The Court hereby orders that the Indictment, the Petition of

17 Assistant U.S. Attorney R. Steven Lapham to Seal Indictment, and

18 this Order, in the above-referenced case, shall be sealed until the

19 arrest of the defendant or until further order of the Court.

20

21

22 DATED: Feb 16, 2012

23                                  _____
                                    KENDALL J. NEWMAN
24                                  United States Magistrate Judge

25

26

27

28

                                    1