```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2724
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,           )   NO. 2:12-CR-0063 WBS
                                 )
13      v.                       )   ORDER UNSEALING FILES
                                 )
14  PAVEL UDALOV,                )
                                 )
15          Defendant.           )
    _____)
16
17      Upon application of the government, and good cause appearing
18  therefore, IT IS HEREBY ORDERED that the files in the above-
19  referenced case be, and hereby are, UNSEALED.
20  DATED: March 1, 2012
21                              /s/ Carolyn K. Delaney
                                HONORABLE CAROLYN K. DELANEY
22                              United States Magistrate Judge
23
24
25
26
27
28
```