|  | **FILED** |
|---|---|
|  | March 2, 2012 |
|  | CLERK, US DISTRICT COURT |
|  | EASTERN DISTRICT OF CALIFORNIA |
|  | DEPUTY CLERK |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                           )     CASE NUMBER: 2:12-cr-00063-WBS
        Plaintiff,         )
v.                                      )     ORDER FOR RELEASE
                                           )     OF PERSON IN CUSTODY
PAVEL UDALOV,              )
                                           )
        Defendant.        )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Pavel Udalov</u>; Case <u>2:12-cr-00063-WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

         \_\_       Release on Personal Recognizance

         \_\_       Bail Posted in the Sum of _____

         <u>X</u>       Unsecured Appearance Bond in the amount of <u>$50,000</u>, co-signed by defendant's parents.

         \_\_       Appearance Bond with 10% Deposit

         \_\_       Appearance Bond secured by Real Property

         \_\_       Corporate Surety Bail Bond

         <u>X</u>       (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>3-2-2012</u> at <u>2:35pm</u>

By _____
              Edmund F. Brennan
              United States Magistrate Judge