```
SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
PAVEL UDALOV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:12-cr-0063 JAM |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. ) | |
| PAVEL UDALOV, ) | DATE:  May 22, 2012 |
| ) | TIME:  9:30 a.m. |
| Defendant. ) | COURT: Hon. John A. Mendez |

**Stipulation**

The government and defendant Pavel Udalov, through undersigned counsel, stipulate that the status conference currently scheduled for May 22, 2012, may be continued to June 26, 2012, at 9:30 a.m. The defense is presently reviewing voluminous discovery. Moreover, parties in this case have been engaged in significant negotiations which have been productive. The additional time requested is necessary for the defense to complete the review of the discovery and to accommodate continued negotiations between the parties.

Further, both parties, agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such,

1

the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The prosecutor has authorized the defense counsel for Pavel Udalov to sign this stipulation on his behalf.

DATED: May 16, 2012                       BENJAMIN WAGNER
                                          United States Attorney

                                by   /s/ Scott N. Cameron, for
                                     R. Steven Lapham
                                     Assistant U.S. Attorney

DATED: May 16, 2012
                                by   /s/ Scott N. Cameron
                                     Scott N. Cameron
                                     Counsel for Pavel Udalov

## Order

Good cause appearing,

The status conference, scheduled for May 22, 2012, is continued to June 26, 2012, at 9:30 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: May 17, 2012                  /s/ John A. Mendez
                                     John A. Mendez, Judge
                                     United States District Court