```
SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
PAVEL UDALOV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.  2:12-CR-0063 JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE** |
| v. | ) |
| PAVEL UDALOV, | ) |
| | ) DATE: June 26, 2012 |
| | ) TIME: 9:30 a.m. |
| Defendant. | ) COURT: Hon. John A. Mendez |

**Stipulation**

The government and defendant Pavel Udalov, through undersigned counsel, stipulate that the status conference currently scheduled for June 26, 2012, may be continued to August 7, 2012, at 9:45 a.m.  The parties in this case have been engaged in significant negotiations which have been productive.  The defense is continuing to review voluminous discovery to determine if the evidence is consistent with the proposed disposition.  The additional time requested is necessary for the defense to complete the review of the discovery and to accommodate any further negotiations between the parties.

Further, both parties, agree and stipulate that the ends of

justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The prosecutor has authorized the defense counsel for Pavel Udalov to sign this stipulation on his behalf.

DATED: June 20, 2012             BENJAMIN WAGNER
                                 United States Attorney

                          by     /s/ Scott N. Cameron, for
                                 R. Steven Lapham
                                 Assistant U.S. Attorney

DATED: June 20, 2012
                          by     /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for Pavel Udalov

## Order

Good cause appearing,

The status conference, scheduled for June 26, 2012, is continued to August 7, 2012, at 9:45 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: 6/20/2012                 /s/ John A. Mendez
                                 John A. Mendez, Judge
                                 United States District Court