SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
PAVEL UDALOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-CR-0063 JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| PAVEL UDALOV, | ) | |
| | ) | DATE: August 7, 2012 |
| | ) | TIME: 9:45 a.m. |
| Defendant. | ) | COURT: Hon. John A. Mendez |

**Stipulation**

The government and defendant Pavel Udalov, through undersigned counsel, stipulate that the status conference currently scheduled for August 7, 2012, may be continued to September 11, 2012, at 9:45 a.m. The parties in this case have been engaged in significant negotiations which have been productive. The defense is continuing to review voluminous discovery to determine if the evidence is consistent with the proposed disposition. The government is also in the process of preparing a plea agreement consistent with the negotiations. The additional time requested will allow the defense to complete the discovery review and allow the government to prepare a plea agreement.

1

1  Further, both parties, agree and stipulate that the ends of
2 justice served by granting this continuance outweigh the best
3 interests of the public and the defendant in a speedy trial. As such,
4 the parties agree that time may be excluded from the speedy trial
5 calculation under the Speedy Trial Act for counsel preparation,
6 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

7  The prosecutor has authorized the defense counsel for Pavel
8 Udalov to sign this stipulation on his behalf.

DATED: July 31, 2012                BENJAMIN WAGNER
                                    United States Attorney

                              by    /s/ Scott N. Cameron, for
                                    R. Steven Lapham
                                    Assistant U.S. Attorney

DATED: July 31, 2012
                              by    /s/ Scott N. Cameron
                                    Scott N. Cameron
                                    Counsel for Pavel Udalov

### Order

Good cause appearing,

The status conference, scheduled for August 7, 2012, is continued to September 11, 2012, at 9:45 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: 8/1/2012                     /s/ John A. Mendez
                                    John A. Mendez, Judge
                                    United States District Court