SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
PAVEL UDALOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CASE NO.  2:12-CR-0063 JAM |
| )                          | |
| Plaintiff,    ) | **STIPULATION AND ORDER CONTINUING** |
| )                          | **STATUS CONFERENCE** |
| v.    ) | |
| )                          | |
| PAVEL UDALOV,    ) | |
| )                          | DATE:    September 11, 2012 |
| )                          | TIME:    9:45 a.m. |
| Defendant.    ) | COURT:   Hon. John A. Mendez |

**Stipulation**

The government and defendant Pavel Udalov, through undersigned counsel, stipulate that the status conference currently scheduled for September 11, 2012, may be continued to October 2, 2012, at 9:45 a.m. The parties in this case have engaged in significant negotiations which have been productive.  The parties are working out the final revisions to a written plea agreement.  Once the final revisions are completed, defense counsel will again need to review the document with the defendant prior to execution of the agreement.  The additional time requested will allow the parties to finalize the language in the written plea agreement and for defense counsel to review the plea

1

1   agreement again with the defendant.

2       Further, both parties, agree and stipulate that the ends of

3   justice served by granting this continuance outweigh the best

4   interests of the public and the defendant in a speedy trial. As such,

5   the parties agree that time may be excluded from the speedy trial

6   calculation under the Speedy Trial Act for counsel preparation,

7   pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

8       The prosecutor has authorized the defense counsel for Pavel

9   Udalov to sign this stipulation on his behalf.

10  DATED: September 5, 2012          BENJAMIN WAGNER
                                      United States Attorney
11

12                            by    /s/ Scott N. Cameron, for
                                    R. Steven Lapham
13                                  Assistant U.S. Attorney

14  DATED: September 5, 2012
                              by    /s/ Scott N. Cameron
15                                  Scott N. Cameron
                                    Counsel for Pavel Udalov
16
                              **Order**
17
        Good cause appearing,
18
        The status conference, scheduled for September 11, 2012, is
19
    continued to October 2, 2012, at 9:45 a.m. The Court finds that the
20
    ends of justice served by granting this continuance outweigh the best
21
    interests of the public and the defendant in a speedy trial in this
22
    case. Time is excluded from the speedy trial calculation pursuant to
23
    18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel
24
    preparation.
25
        IT IS SO ORDERED.
26
    DATED: 9/6/2012              /s/ John A. Mendez
27                               John A. Mendez
                                 United States District Court Judge
28

                                    2