SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
PAVEL UDALOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-00063 JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | |
| PAVEL UDALOV, | DATE: March 5, 2013 |
| | TIME: 9:45 a.m. |
| Defendant. | JUDGE: Hon. John A. Mendez |

## Stipulation

The parties, through undersigned counsel, stipulate that the date set for judgment and sentencing of defendant PAVEL UDLAOV, currently scheduled for March 5, 2013, may be continued to May 14, 2013 at 9:45 a.m.  This request of the parties is being made because it is anticipated that PAVEL UDALOV will be sentenced after other defendants, in related cases, have been sentenced.  This continuance is necessary so that PAVEL UDALOV may fulfill his obligations as set forth in his plea agreement.  The Pre-sentence Investigation Report, and objections, have been completed and thus the Pre-sentence Report disclosure schedule does not require modification.  The parties will file their respective sentencing memorandums, if any, no later than

1

one week before sentencing.

The Probation Department has been consulted regarding the above stipulations and has no objections.  The prosecutor has authorized the defense counsel for PAVEL UDLAOV to sign this stipulation on her behalf.


DATED: February 26, 2013         BENJAMIN WAGNER
                                 United States Attorney

                              by /s/ Lee Bickley
                                 Lee Bickely
                                 Assistant U.S. Attorney

DATED: February 26, 2013
                              by /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for PAVEL UDALOV

## **Order**

Good cause appearing,

The date for judgment and sentencing of defendant PAVEL UDLAOV, presently scheduled for March 5, 2013, is continued to May 14, 2013, at 9:45 a.m.


IT IS SO ORDERED.


DATED:  2/26/2013                /s/ John A. Mendez
                                 John A. Mendez, Judge
                                 United States District Court

2