SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007  7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-442-5230


Attorney for:
PAVEL UDALOV


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>PAVEL UDALOV,<br><br>                              Defendant, | CASE NO.  2:12-CR-00063 JAM<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

**STIPULATION**

The parties, through undersigned counsel, stipulate that the date set for judgment and sentencing of defendant PAVEL UDLAOV, currently scheduled for August 27, 2013, may be continued to November 5, 2013, at 9:45 a.m.  This request of the parties is being made because it is anticipated that PAVEL UDALOV will be sentenced after other defendants, in a related case, have been sentenced.  The related case has a trial date of April 7, 2014.  This continuance is necessary so that PAVEL UDALOV may fulfill his obligations as set forth in his plea agreement.  The Presentence Investigation Report, and objections, have been completed and thus the Presentence Report disclosure schedule does not require modification.  The parties will file their respective

sentencing memorandums, if any, no later than one week before sentencing.

The Probation Department has been consulted regarding the above stipulations and has no objections.  The prosecutor has authorized the defense counsel for PAVEL UDLAOV to sign this stipulation on her behalf.

DATED: August 22, 2013                                   BENJAMIN WAGNER
                                                         United States Attorney

                                           by      /s/ Lee Bickley
                                                   Lee Bickely
                                                   Assistant U.S. Attorney

DATED: August 22, 2013

                                           by      /s/ Scott N. Cameron
                                                   Scott N. Cameron
                                                   Counsel for PAVEL UDALOV

## ORDER

Good cause appearing,

The date for judgment and sentencing of defendant PAVEL UDLAOV, presently scheduled for August 27, 2013, is continued to November 5, 2013, at 9:45 a.m.

IT IS SO ORDERED.

DATED:   8/22/2013                                 /s/ John A. Mendez_____
                                                   John A. Mendez
                                                   United States District Court Judge

2