1  SCOTT N. CAMERON (SBN 226605)
   Attorney at Law
2  1007  7th Street, Suite 319
   Sacramento, CA 95814
3  Ph. 916-442-5230

4
   Attorney for:
5  PAVEL UDALOV

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          CASE NO.  2:12-CR-00063 JAM

13                     Plaintiff,      **STIPULATION AND** ~~**PROPOSED**~~
                                       **ORDER CONTINUING JUDGMENT**
14  v.                                 **AND SENTENCING**

15  PAVEL UDALOV,

16                     Defendant,

17

18                         **STIPULATION**

19         The parties, through undersigned counsel, stipulate that the date set for judgment and

20  sentencing of defendant PAVEL UDLAOV, currently scheduled for November 5, 2013, may be

21  continued to January 21, 2014, at 9:45 a.m.  This request of the parties is being made because it is

22  anticipated that PAVEL UDALOV will be sentenced after other defendants, in a related case, have

23  been sentenced.  The related case has a trial date of April 7, 2014.  This continuance is necessary so

24  that PAVEL UDALOV may fulfill his obligations as set forth in his plea agreement.  The

25  

26  Presentence Investigation Report, and objections, have been completed and thus the Presentence

27  Report disclosure schedule does not require modification.  The parties will file their respective

28

                              1

sentencing memorandums, if any, no later than one week before sentencing.

The Probation Department has been consulted regarding the above stipulations and has no objections.  The prosecutor has authorized the defense counsel for PAVEL UDLAOV to sign this stipulation on her behalf.

DATED: October 31, 2013                              BENJAMIN WAGNER
                                                     United States Attorney

                                         by          /s/ Lee Bickley
                                                     Lee Bickely
                                                     Assistant U.S. Attorney

DATED: October 31, 2013

                                         by          /s/ Scott N. Cameron
                                                     Scott N. Cameron
                                                     Counsel for PAVEL UDALOV

## ORDER

Good cause appearing,

The date for judgment and sentencing of defendant PAVEL UDLAOV, presently scheduled for November 5, 2013, is continued to January 21, 2014, at 9:45 a.m.

IT IS SO ORDERED.


DATED:   October 31, 2013                            /s/ John A. Mendez
                                                     John A. Mendez, Judge
                                                     United States District Court