SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
PAVEL UDALOV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAVEL UDALOV,<br><br>Defendant, | CASE NO. 2:12-CR-00063 JAM<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

## STIPULATION

The parties, through undersigned counsel, stipulate that the date set for judgment and sentencing of defendant PAVEL UDLAOV, currently scheduled for June 17, 2014, may be continued to September 2, 2014, at 9:30 a.m. This request of the parties is being made because it is anticipated that PAVEL UDALOV will be sentenced after other defendants, in a related case, have been tried. This continuance is necessary so that PAVEL UDALOV may fulfill his obligations as set forth in his plea agreement. The Presentence Investigation Report, and objections, have been completed and thus the Presentence Report disclosure schedule does not require modification. The parties will file their respective sentencing memorandums, if any, no later than one week before

sentencing.

The Probation Department has been consulted regarding the above stipulations and has no objections. The prosecutor has authorized the defense counsel for PAVEL UDLAOV to sign this stipulation on her behalf.

DATED: June 9, 2014

BENJAMIN WAGNER
United States Attorney

by /s/ Matthew Segal for Lee Bickley
Lee Bickley
Assistant U.S. Attorney

DATED: June 9, 2014

by /s/ Scott N. Cameron
Scott N. Cameron
Counsel for PAVEL UDALOV

**ORDER**

Good cause appearing,

The date for judgment and sentencing of defendant PAVEL UDALOV, presently scheduled for June 17, 2014, is continued to September 2, 2014, at 9:30 a.m.

IT IS SO ORDERED.

DATED: 6/9/2014

/s/ John A. Mendez________
John A. Mendez, Judge
United States District Court