SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
PAVEL UDALOV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-00063 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | |
| PAVEL UDALOV, | |
| Defendant, | |

**STIPULATION**

   The parties, through undersigned counsel, stipulate that the date set for judgment and sentencing of defendant PAVEL UDLAOV, currently scheduled for September 16, 2014, may be continued to February 24, 2015, at 9:30 a.m.  This request of the parties is being made because it is anticipated that PAVEL UDALOV will be sentenced after other defendants, in a related case, have been tried.  This continuance is necessary so that PAVEL UDALOV may fulfill his obligations as set forth in his plea agreement.  The Presentence Investigation Report, and objections, have been completed and thus the Presentence Report disclosure schedule does not require modification.  The parties will file their respective sentencing memorandums, if any, no later than one week before

1

sentencing.

The Probation Department has been consulted regarding the above stipulations and has no objections. The prosecutor has authorized the defense counsel for PAVEL UDLAOV to sign this stipulation on her behalf.

DATED: September 8, 2014          BENJAMIN WAGNER
                                  United States Attorney

                           by     /s/ Lee Bickley
                                  Lee Bickley
                                  Assistant U.S. Attorney

DATED: September 8, 2014

                           by     /s/ Scott N. Cameron
                                  Scott N. Cameron
                                  Counsel for PAVEL UDALOV

## ORDER

Good cause appearing,

The date for judgment and sentencing of defendant PAVEL UDALOV, presently scheduled for September 16, 2014, is continued to February 24, 2015, at 9:30 a.m.

IT IS SO ORDERED.

DATED:  9/8/2014                  /s/ John A. Mendez_____
                                  John A. Mendez, Judge
                                  United States District Court

2