SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842


Attorney for:
PAVEL UDALOV

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>PAVEL UDALOV,<br><br>                  Defendant, | CASE NO.  2:12-CR-00063 JAM<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

**STIPULATION**

The parties, through undersigned counsel, stipulate that the date set for judgment and sentencing of defendant PAVEL UDLAOV, currently scheduled for February 24, 2015, may be continued to August 11, 2015, at 9:15 a.m.  This request of the parties is being made because it is anticipated that PAVEL UDALOV will be sentenced after another defendant, in a related case, has been tried.  This continuance is necessary so that PAVEL UDALOV may fulfill his obligations as set forth in his plea agreement.  The Presentence Investigation Report, and objections, have been completed and thus the Presentence Report disclosure schedule does not require modification.  The parties will file their respective sentencing memorandums, if any, no later than one week before

1

sentencing.

The Probation Department has been consulted regarding the above stipulations and has no objections. The prosecutor has authorized the defense counsel for PAVEL UDALOV to sign this stipulation on her behalf.

DATED: February 17, 2015         BENJAMIN WAGNER
                                 United States Attorney

                          by     /s/ Lee Bickley
                                 Lee Bickley
                                 Assistant U.S. Attorney

DATED: February 17, 2015
                          by     /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for PAVEL UDALOV

**ORDER**

Good cause appearing,

The date for judgment and sentencing of defendant PAVEL UDALOV, presently scheduled for February 24, 2015, is continued to August 11, 2015, at 9:15 a.m.

IT IS SO ORDERED.

DATED:  2/17/2015                /s/ John A. Mendez_____
                                 John A. Mendez, Judge
                                 United States District Court

2